ACCEPTED
15-25-00024-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/14/2025 10:39 AM
CHRISTOPHER A. PRINE
CLERK

## CASE NO. 15-25-00024-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/14/2025 10:39:38 AM
CHRISTOPHER A. PRINE

_____

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

_____

## MIKE MORATH, TEXAS COMMISSIONER OF EDUCATION; and LA VILLA INDEPENDENT SCHOOL DISTRICT,

*Appellants,*

v.

## DR. PAZ ELIZONDO,

*Appellee.*

_____

## APPELLANT MIKE MORATH, TEXAS COMMISSIONER OF EDUCATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

_____

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Appellant, Mike Morath, Texas Commissioner of Education, ("Morath"), respectfully requests a three-day extension of time to Thursday, April 17, 2025, in which to file his brief of appellant in the captioned appeal. In support, Morath would respectfully show the Court as follows:

1. Morath's brief is currently on due today, April 14, 2025. No previous extensions have been requested or granted.

2. Counsel for Morath requests a three-day extension, to April 17, 2025, to file Morath's brief of appellant.

Morath v. Elizondo
Motion for Extension

3.      Counsel for Morath needs an extension because she received the appendix from counsel for co-appellant La Villa Independent School District the morning of April 14, 2025, and needs time to ensure that references to that appendix in Appellant Morath's Brief of Appellant are correct.  Review of the appendix and citations cannot be completed today, because the undersigned is preparing to present oral argument to this Court in Case No. 15-24-00034-CV, styled *Exxon Mobil Global Services v. State Office of Administrative Hearings and Administrative Law Judge Keneshia Washington, in her official capacity,* tomorrow, April 15, 2025, in Houston.

4.      This motion is not being filed for the purpose of delay, but only to allow Morath's counsel to prepare and file a brief that will provide the Court the greatest assistance in resolving Morath's appeal.

5.      Counsel for Morath has conferred with counsel for Appellee, who does not oppose this request.

Appellant, Mike Morath, Texas Commissioner of Education, respectfully requests an extension of time in which to file his brief to and including Thursday, April 17, 2025.

DATED:  April 14, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/Karen L. Watkins*
KAREN L. WATKINS
Assistant Attorney General
State Bar No. 20927425

OFFICE OF THE ATTORNEY GENERAL
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4208
Facsimile:   (512) 320-0167
karen.watkins@oag.texas.gov

**Counsel for Appellant Mike Morath,
Texas Commissioner of Education**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Appellant Morath's Motion for Extension* has been served on the following parties by e-service and email on this 14th day of April, 2025:

RUBEN R. PEÑA
State Bar No. 15740900
LAW OFFICES OF RUBEN R. PEÑA, P.C.
222 W. Harrison, Suite B
Harlingen, Texas 78550
Tel.: (956) 496-2060
ruben@rubenpenalaw.com

COUNSEL FOR APPELLEE,
DR. PAZ ELIZONDO

DAVID CAMPBELL
State Bar No. 24057033
THOMPSON & HORTON, LLP
8300 N. MoPac Expwy., Suite 220
Austin, Texas 78759
Tel.: (512) 825-3114
Fax: (512) 583-8884
dcampbell@thompsonhorton.com

COUNSEL FOR APPELLANT LA VILLA
INDEPENDENT SCHOOL DISTRICT

*/s/ Karen L. Watkins*
KAREN L. WATKINS
Assistant Attorney General

Morath v. Elizondo
Motion for Extension

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Karen Watkins
Bar No. 20927425
jeff.lutz@oag.texas.gov
Envelope ID: 99619011
Filing Code Description: Motion
Filing Description: 2025 0414 Unopposed Motion for Extension of Time to File Brief
Status as of 4/14/2025 10:55 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Ruben Pena | 15740900 | ruben@rubenpenalaw.com | 4/14/2025 10:39:38 AM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 4/14/2025 10:39:38 AM | SENT |
| Karen Watkins | | karen.watkins@oag.texas.gov | 4/14/2025 10:39:38 AM | SENT |
| Kristy Alonzo | | kalonzo@thompsonhorton.com | 4/14/2025 10:39:38 AM | SENT |
| David J.Campbell | | dcampbell@thompsonhorton.com | 4/14/2025 10:39:38 AM | SENT |
| Kate French | | kfrench@thompsonhorton.com | 4/14/2025 10:39:38 AM | SENT |